In the Matter of the Accounting of THE MARINE TRUST COMPANY OF BUFFALO, as Trustee under the Will of ADELAIDE R. KENNY, Deceased, Respondent.

ROSALIND R. DIEFENDERFER, Appellant.

WATTS L. RICHMOND et al., Appellants and Respondents.

FRED A. LEWIS et al., as Executors of ADELAIDE K. R. THOMAS et al., Respondents and Appellants.

(Argued March 18, 1929; decided April 16, 1929.)

*Mark N. Turner* for appellant.

*Walter C. Newcomb, Louis E. Desbecker* and *Martin Clark* for Watts L. Richmond, appellant and respondent.

*Roland Crangle* for executor of Frances Richmond, deceased, appellant and respondent.

*Guy B. Moore* for Dean Richmond, individually and as administrator of the estate of W. Eugene Richmond, deceased et al., appellants and respondents.

*Daniel Webtser* and *Edward A. Washburn* for Edward D. Richmond et al., appellants and respondents.

*Bayard J. Stedman* and *Fred A. Lewis* for executors of Adelaide K. R. Thomas, deceased, et al., respondents and appellants.

*Thomas R. Wheeler* for executors of Henry A. Richmond, deceased, respondents and appellants.

*Allen Keeney* for respondent.

Order affirmed on opinion of SEARS, J., at Appellate Division with separate bills of costs payable out of the estate to each party appearing by separate attorneys and filing briefs in this court.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.